UNITED STATES of America, Plaintiff–Appellee,

v.

Marilyn Jean INGRAM, Defendant–Appellant.

No. 04–51435
Conference Calendar.

United States Court of Appeals, Fifth Circuit.

Feb. 14, 2007.

Joseph H. Gay, Jr., Assistant U.S. Attorney, U.S. Attorney's Office, Western District of Texas, San Antonio, TX, for Plaintiff–Appellee.

Marilyn Jean Ingram, Fort Worth, TX, pro se.

Dusty Gallivan, Gallivan & Associates, Odessa, TX, for Defendant–Appellant.

Before BARKSDALE, GARZA, and CLEMENT, Circuit Judges.

PER CURIAM: *

Counsel appointed to represent Marilyn Jean Ingram has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Ingram has not filed a response. Our independent review of counsel's brief and the record discloses no nonfrivolous issues for appeal.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.